IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00134-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS JOSE VASQUEZ,

    Defendant.

---

**ORDER GRANTING REQUEST FOR EARLY TERMINATION OF PROBATION**

---

    On June 29, 2022, Defendant Jesus Jose Vasquez submitted a pro se request for early termination of probation (Doc. # 8). The Court ordered that the Government and Probation Office to respond, in writing, by August 5, 2022. (Doc. # 11). Neither the Government nor Probation oppose Defendant's request (Docs. ## 12, 13). The Court notes that Mr. Vasquez has complied with the terms of his supervision, including maintaining a stable residence and full-time employment. The Court is satisfied that early termination is warranted by Mr. Vasquez's conduct and the interest of justice. 18 U.S.C. § 3583(e)(1). Accordingly, it is

    ORDERED that Defendant Jesus Jose Vasquez's request for early termination of probation (Doc. # 8) is GRANTED.

    DATED:  August 8, 2022

                                      BY THE COURT:

                                      CHRISTINE M. ARGUELLO
                                      Senior United States District Judge